IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-74,466






GREGORY RUSSEAU, Appellant



v.



THE STATE OF TEXAS








ON DIRECT APPEAL


FROM SMITH COUNTY






 Keasler, J., filed this dissenting opinion.


O P I N I O N



 I dissent to the majority's resolution of points of error 16 and 16A.

 The exhibits at issue in these points of error are business records. The Supreme Court
specified in Crawford v. Washington that business records are not testimonial hearsay. (1) 
Many other courts have acknowledged this. (2) As a result, Ohio v. Roberts (3) controls. (4) And
because these exhibits fall within a firmly rooted exception to the hearsay rule, they do not
violate the Confrontation Clause.


DATE DELIVERED: June 29, 2005

PUBLISH

 
1. 124 S. Ct. 1354, 1367 (2004).
2. See, e.g., Rios v. Lansing, 2004 U.S. App. LEXIS 24843 *13 (10th Cir. 2004);
United States v. Guitierrez-Gonzales, 2004 U.S. App. LEXIS 21038 **5-6 (5th Cir. 2004);
United States v. Lee, 374 F.3d 637, 644 (8th Cir. 2004); Johnson v. Renico, 314 F. Supp. 700,
707 (E.D. Mich. 2004); United States v. Saner, 313 F. Supp. 896, 900 n.1 (S.D. Ind. 2004);
Perkins v. State, 2004 Ala. Crim. App. LEXIS 87 *18-19 (Ala. Crim. App. 2004); People v.
Cervantes, 12 Cal. Rptr.. 3d 774, 782 n.5 (Cal. Ct. App. 2004); People v. Schrek, 2004 Colo.
App. LEXIS 1712 *34 (Colo. App. 2004); State v. Rivera, 844 A.2d 191, 202 n.13 (Conn.
2004); People v. Capellan, 2004 N.Y. Misc. LEXIS 2656 **4 (N.Y. Crim. Ct. 2004); People
v. Cortes, 781 N.Y.S. 2d 401, 403 (N.Y. 2004); State v. Blackstock, 598 S.E.2d 412, 420
(N.C. Ct. App. 2004); State v. McKinney, 2004 Ohio App. LEXIS 5033 **34 (Ohio App.
2004); State v. Mack, 2004 Ore. LEXIS 792 *9 n.5 (Ore. 2004); Commonwealth v. Eichele,
2004 Pa. D. & C. LEXIS 39 **11 (Pa. Commw. Ct. 2004); Barela v. State, 2004 Tex. App.
LEXIS 8802 *17 (Tex. App. - El Paso 2004); Riner v. Commonwealth, 601 S.E.2d 555, 570
(Va. 2004); State v. Manuel, 685 N.W.2d 525, 532 n.9 (Wisc. App. 2004).
3. 448 U.S. 56 (1980).
4. Crawford, 124 S. Ct. at 1373.